IN THE MATTER OF:
Portia White

DEBTOR IN POSSESSION
Por I

Case No.: 17-13194
Petition filed: _____
Monthly Report No.: _____
Month Ended: August 2017

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

## CHAPTER 13 MONTHLY OPERATING REPORT FOR INDIVIDUALS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period)   874

2. Receipts during Report Period:
   a. Salary and Commissions   5329
   b. Interest or Dividend Income   _____
   c. Real Estate Rental   _____
   d. Other (Describe-Schedule A)   _____
   TOTAL RECEIPTS   6203

3. Disbursements:
   a. Taxes-IRS   _____
   b. Taxes-State   _____
   c. Taxes-Real Estate   _____
   d. Taxes-Other   _____
   e. Utilities   460
   f. Mortgage(s) or Rent(s)   213
   g. Insurance premiums (list type)   219
   h. Food   675
   i. Medical   89

CASE NO.: __17-13194__    Month Ending: __August 2017__

|  |  |  |  |
|---|---|---|---|
| j. | Car loan | | 465 |
| k. | Automobile expenses | | 302 |
| l. | Clothing | | |
| m. | Gifts - donations (Schedule B) | | |
| n. | Tuitions (Schedule B) | | |
| o. | Other (Describe) | | |
| | TOTAL DISBURSEMENTS | | 2423 |

4. Balance at end of reporting period [ (1 + 2) - 3]    __3780__

5. Are you paying all of your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date?    __YES__

Debtor in Possession Checking Account(s):

Name, Location and Account Number(s) __TD BANK  EASTON, PA  4272937710__
Branch: __PALMER PARK MALL__

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

Describe: _____
Branch: _____

Schedule A
3(d) Other:

CASE NO..: __17-13194__    Month Ending: __August 2017__

# 2017 PROFIT AND LOSS STATEMENT
## PORTIA WHITE

| Revenue | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $2,199 | $3,179 | $3,772 | $5,470 | $4,593 | $3,793 | | | | | | | $23,006 |
| Sales Returns (Reduction) | | | | | | | | | | | | | 0 |
| Sales Discounts (Reduction) | | | | | | | | | | | | | 0 |
| Other Revenue 1 | | | | | | | | | | | | | 0 |
| Other Revenue 2 | | | | | | | | | | | | | 0 |
| Other Revenue 3 | | | | | | | | | | | | | 0 |
| **Net Sales** | 2,199 | 3,179 | 3,772 | 5,470 | 4,593 | 3,793 | | | | | | | 23,006 |
| Cost of Goods Sold | 247 | 879 | 329 | 1,283 | 1,479 | | | | | | | | 4,217 |
| **Gross Profit** | $1,952 | $2,300 | $3,443 | $4,187 | $3,114 | $3,793 | | | | | | | $18,789 |

| Expenses | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vehicle Expense | $456 | $456 | $456 | $456 | $456 | $456 | | | | | | | $2,736 |
| Depreciation | | | | | | | | | | | | | 0 |
| Rent | | | | | 43 | 27 | | | | | | | 200 |
| Office Supplies | 63 | 15 | 60 | 110 | | | | | | | | | 200 |
| Utilities | 325 | 349 | 273 | 243 | 205 | 244 | | | | | | | 1,639 |
| Telephone | 91 | 131 | 127 | 90 | 97 | 68 | | | | | | | 604 |
| Insurance | 219 | 219 | 219 | 219 | 219 | 219 | | | | | | | 1,314 |
| Travel | 250 | 263 | 127 | 179 | 304 | 319 | | | | | | | 1,441 |
| Medical | 89 | 89 | 89 | 89 | 89 | 89 | | | | | | | 534 |
| Lead Service | 125 | 125 | 125 | 125 | 125 | 125 | | | | | | | 750 |
| Other 1 | | | | | | | | | | | | | 0 |
| Other 2 | | | | | | | | | | | | | 0 |
| Other 3 | | | | | | | | | | | | | 0 |
| **Total Expenses** | $1,618 | $1,647 | $1,476 | $1,511 | $1,538 | $1,747 | $0 | $0 | $0 | $0 | $0 | $0 | $9,536 |
| Income From Operations | 334 | 654 | 1,967 | 2,676 | 1,576 | 2,046 | | | | | | | 9,253 |

| Net Income | | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

