IN THE MATTER OF:

Portia White

DEBTOR IN POSSESSION

Case No.: 17-13194
Petition filed: _____
Monthly Report No.: _____
Month Ended: September 2017

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

### CHAPTER 13 MONTHLY OPERATING REPORT FOR INDIVIDUALS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period)

    3780

2. Receipts during Report Period:

    a. Salary and Commissions    3871

    b. Interest or Dividend Income    _____

    c. Real Estate Rental    _____

    d. Other (Describe-Schedule A)    _____

    TOTAL RECEIPTS    7651

3. Disbursements:

    a. Taxes-IRS    _____

    b. Taxes-State    _____

    c. Taxes-Real Estate    _____

    d. Taxes-Other    _____

    e. Utilities    397

    f. Mortgage(s) or Rent(s)    200

    g. Insurance premiums (list type)    219

    h. Food    537

    i. Medical    89

CASE NO.: 17-13194    Month Ending: September 2017

|   |   |   |
|---|---|---|
| j. | Car loan | 465 |
| k. | Automobile expenses | 232 |
| l. | Clothing | 160 |
| m. | Gifts - donations (Schedule B) | |
| n. | Tuitions (Schedule B) | |
| o. | Other (Describe) | |
|   | TOTAL DISBURSEMENTS | 2299 |

4. Balance at end of reporting period [ (1 + 2) - 3]    5352

5. Are you paying all of your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date?    YES

Debtor in Possession Checking Account(s):

Name, Location and Account Number(s) TD BANK 4272937710
Branch: PALMER PARK MALL, EASTON PA

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

Describe: _____
Branch: _____

Schedule A
3(d) Other:

CASE NO..: 17-13194    Month Ending: September 2017