IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO.  17-13194 |
| PORTIA CARLOTTA WHITE, | : | |
| Debtor | : | CHAPTER 13 |

## CERTIFICATE OF NO RESPONSE

I, Paul Edward Trainor, Esquire, counsel for Debtor, in Debtor's Application To

Employ Real Estate Agent in the above-captioned case, do hereby certify that no answer,

objection or other responsive pleading or request for hearing has been served upon me by

any interested parties, and that, therefore, the Court may, upon consideration of the

record, grant the requested Application.


November 9, 2017                    /s/    Paul Edward Trainor, Esquire
                                   PAUL EDWARD TRAINOR, ESQ.
                                   I.D. NO. 35627
                                   Counsel for Debtor
                                   1275 Glenlivet Drive, Suite
                                   Allentown, PA  18106-3107
                                   (610) 434-7004
                                   (484) 224-2999 Fax
                                   trainorlawoffices@gmail.com


Ms. Portia White                   Frederick L. Reigle, Esquire
216 Donato Court                   Chapter 13 Trustee
Nazareth, PA  18064                PO Box 4010
                                   Reading, PA  19606-0410

Office of the US Trustee
833 Chestnut St., Ste 500
Philadelphia, PA  19107