IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                       :         NO. 17-13194
PORTIA CARLOTTA WHITE,                       :
            Debtor                           :         CHAPTER 13

**ORDER**

AND NOW upon the Application of PORTIA CARLOTTA WHITE, Debtor, praying for authority to employ real estate agent and good cause having been show, it is

ORDERED, that the Debtor be, and she hereby is, authorized to employ Linda M. Burkart of Weichert Realtors, and to pay pursuant to any and all fee applications submitted to and approved by this Court.

**Date: November 13, 2017**

_____
                                                                                              J.