# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Portia Carlotta White aka Portia White aka Portia Baynes<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee<br>　　　　　　　　Movant<br>　　　vs.| NO. 17-13194 REF |
| Portia Carlotta White aka Portia White aka Portia Baynes<br>　　　　　　　　Debtor(s)<br>Steve White<br>　　　　　　　　Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle Esq.<br>　　　　　　　　Trustee | |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay & Co-Debtor Stay of all proceedings is granted and the Automatic Stay & Co-Debtor Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 11 U.S.C. Section 1301, is modified with respect to the subject premises located at 216 Donato Court, Nazareth, PA 18064 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies ~~including, but not limited to, taking the Property to Sheriff's Sale, in~~ addition to ~~potentially pursuing other loss mitigation alternatives including but not limited to, a loan modification, short sale or deed in lieu of foreclosure.~~ Additionally, any ~~purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

12/28/17

_____
United States Bankruptcy Judge.