United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 17-13194-ref
Portia Carlotta White                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1              Date Rcvd: Dec 28, 2017
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.
db             +Portia Carlotta White,   216 Donato Ct.,   Nazareth, PA 18064-8116
r              +Linda M. Burkhart,   Weichert Realtors,   2330 Schoenersville Road,   Bethlehem, PA 18017-3602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2017 00:39:35      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              PAUL EDWARD TRAINOR    on behalf of Debtor Portia Carlotta White trainorlawoffices@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Portia Carlotta White aka Portia White aka Portia Baynes<br>　　　　Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee<br>　　　　Movant<br>vs. | NO. 17-13194 REF |
| Portia Carlotta White aka Portia White aka Portia Baynes<br>　　　　Debtor(s)<br>Steve White<br>　　　　Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle Esq.<br>　　　　Trustee | |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay & Co-Debtor Stay of all proceedings is granted and the Automatic Stay & Co-Debtor Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 11 U.S.C. Section 1301, is modified with respect to the subject premises located at 216 Donato Court, Nazareth, PA 18064 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

12/28/17

United States Bankruptcy Judge.